1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Scott D. Cunningham (State Bar No.: 200413)
   scunningham@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS, LTD.
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 MONA CHA,                          )   Case No.:  C06-02151 SBA
                                      )
12         Plaintiff,                 )   **STIPULATION OF DISMISSAL;**
                                      )   **ORDER**
13     vs.                            )
                                      )
14 CATHAY PACIFIC AIRWAYS LTD.        )
                                      )
15         Defendant.                 )
                                      )
16

17     Plaintiff Mona Cha and defendant Cathay Pacific Airways Ltd., hereby

18 request that the above referenced action be, and hereby is, dismissed with prejudice

19 pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1); with all parties to bear

20 their own costs.

21

22 Dated: November __, 2006          ARCE LAW GROUP

23

24                                   By:_____
                                        JOSHUA ARCE
25                                      Attorneys for Plaintiff
                                        MONA CHA
26

27

28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: C 06-02151 SBA

Dated: November __, 2006        CONDON & FORSYTH LLP


By:_____
   ROD D. MARGO
   SCOTT D. CUNNINGHAM
   Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS, LTD.

## ORDER

**IT IS HEREBY ORDERED** that Case No. C06-02151 SBA, is hereby dismissed with prejudice in its entirety.

DATED: 11-17, 2006            _____
                              Honorable Sandra B. Armstrong
                              United States District Court Judge

-2-

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.: C06-02151 SBA